M. P. No. 78-37. DAVID E. ZEILSTRA *v.* BARRINGTON ZONING BOARD OF REVIEW *et al.* Petitioner's motion for protective order permitting him to take steps to protect his structure from deterioration and vandalism pending review is granted.

Mr. Justice Weisberger did not participate. *Oster, Fay, Groff & Prescott,* for petitioner. *Hinckley, Allen, Salisbury & Parsons, Michael P. DiFanti* (for Town of Barrington), *Harold S. Moskol* (for respondent Nathaniel Rosner), for respondents.

M. P. No. 78-226. CAROLYN P. WICKES *v.* SOLOMON KOFMAN *et al.* Petitioners' motion for stay of the Superior Court order entered July 21, 1978 is granted.

Mr. Justice Weisberger did not participate. *Saunders & Torres, Ernest C. Torres,* for plaintiff-respondent. *Smith & Smith, Incorporated, Z. Hershel Smith,* for defendants-petitioners.